UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MANUEL MARTINEZ SANCHEZ,

        Petitioner,                        Case No. 1:25-cv-1461

v.                                          Honorable Jane M. Beckering

KRISTI NOEM,

        Respondent.
_____/

**ORDER TO SHOW CAUSE**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents United States Secretary of Homeland Security Kristi Noem, and Field Office Director of the Detroit Field Office of ICE Robert Lynch. Petitioner asks the Court for the following relief: to accept jurisdiction over this action; to order Respondents not to transfer Petitioner out of the Western District of Michigan during the pendency of these proceedings; to declare that Respondents' actions to detain Petitioner violate the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act; to issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to immediately release Petitioner or to order a neutral bond within 5 days; and to award attorneys' fees and costs for this action. (Pet., ECF No. 1, PageID.29.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. On or before the third business day after entry of this Order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the Order to Show Cause.

3. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   November 19, 2025         /s/ Jane M. Beckering
                                   Jane M. Beckering
                                   United States District Judge