UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUEL MARTINEZ SANCHEZ,

    Plaintiff,

v.

KRISTI NOEM , et al.,

    Defendants.
_____/

Case No. 1:25-cv-1461

HON. JANE M. BECKERING

## ORDER TO PROCEED *IN FORMA PAUPERIS*

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2241. Petitioner, through counsel, represents that he was arrested during a regular check-in with Immigration and Customs Enforcement on October 7, 2025, and has been detained since that time. It reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).  Accordingly,

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

Dated:  November 24, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge